428    APPELLATE COURTS OF ILLINOIS.

Bradshaw v. Sny Island Levee Drain. Dist., 201 Ill. App. 428.

## Gardner W. Bradshaw, Appellee, v. Sny Island Levee Drainage District, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Pike county; the Hon. HARRY HIGBEE, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed June 10, 1916.

### Statement of the Case.

Action by Gardner W. Bradshaw, plaintiff, against the Sny Island Levee Drainage District, defendant, for damages caused by overflow from a drainage ditch. After sustaining demurrers to the defendant's pleas of justification, judgment was rendered in favor of the plaintiff, from which the defendant appeals.

ANDERSON & MATTHEWS, for appellant.

WILLIAMS & WILLIAMS, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

DRAINAGE, § 112*—when drainage district liable for damages from overflow. Where plans and specifications for the construction of a drainage ditch were filed by the drainage commissioners with their petition for special assessment of land within the district to cover the cost thereof, and proceedings, at which a landowner in the district appeared, were had thereon, and in the construction of the work a dam was built across an existing ditch, which caused water to back on the landowner's property, held that he could recover from the district damages resulting therefrom though the construction of the dam was deemed necessary in the construction work, since the plan filed did not show that the dam was a part of the improvement, and the petition made no reference thereto, so that the landowner had no opportunity to make objections on the hearing of the petition.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.